UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE: CHRISTOPHER EUGENE WATSON )
      DEBORAH ANNETTE WATSON    )      CHAPTER 13
                                             )      CASE NO. 19-61565
    Debtor

MOTION BY DEBTOR FOR CONVERSION TO CHAPTER 7

Comes now the Debtor and moves the Court pursuant to Bankruptcy Code §1307(a) and Bankruptcy Rule 1019 to enter an Order converting the subject Chapter 13 proceeding to a proceeding under Chapter 7 of the Bankruptcy Code. Your Debtor respectfully states unto the Court that she may be and is entitled to be a debtor under Chapter 7 of the Bankruptcy Code and, further, that your Debtor requests this conversion.

Dated:    07/02/2024

                                                    Respectfully submitted,

                                                    */s/Christopher Eugene Watson*
                                                    Christopher Eugene Watson

                                                  */s/Deborah Annette Watson*
                                                  Deborah Annette Watson

*/s/Heidi Shafer*
Heidi Shafer
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501